IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-05-337 |
| | § | |
| ANGELA ARMSTRONG, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Defendant Ramcharan filed an unopposed motion for continuance and motion to certify case as a complex, (Docket Entry No.47). The co defendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion to declare this case complex is GRANTED. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **December 7, 2006** |
| Response to motions to be filed by**:** | **December 21, 2006** |
| The pretrial conference is reset to: | **January 8, 2007, at 8:45 a.m.** |
| The jury trial and selection are reset to: | **January 16, 2007, at 9:00 a.m.** |

SIGNED on July 25, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge