**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-05-337 |
| | § | |
| ANGELA ARMSTRONG, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MODIFICATION
OF BOND CONDITIONS**

Defendants Debbie Ramcharan and Angela Armstrong were found guilty by a jury on

June 16, 2007. This court modifies the bond conditions as follows:

Additional $5000.00 cash deposit must be made

Electronic monitoring with GPS

Personal contact to be increased to once per week

Phone contact to be increased to three times per week

No travel outside of Harris County is allowed

SIGNED on June 18, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-05-337 |
| | § | |
| ANGELA ARMSTRONG, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MODIFICATION**
**OF BOND CONDITIONS**

Defendants Debbie Ramcharan and Angela Armstrong were found guilty by a jury on

June 16, 2007. This court modifies the bond conditions as follows:

Additional $5000.00 cash deposit must be made

Electronic monitoring with GPS

Personal contact to be increased to once per week

Phone contact to be increased to three times per week

No travel outside of Harris County is allowed

SIGNED on June 18, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-05-337 |
| | § | |
| ANGELA ARMSTRONG, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MODIFICATION
OF BOND CONDITIONS**

Defendants Debbie Ramcharan and Angela Armstrong were found guilty by a jury on

June 16, 2007. This court modifies the bond conditions as follows:

Additional $5000.00 cash deposit must be made

Electronic monitoring with GPS

Personal contact to be increased to once per week

Phone contact to be increased to three times per week

No travel outside of Harris County is allowed

SIGNED on June 18, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-05-337 |
| | § | |
| ANGELA ARMSTRONG, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MODIFICATION
OF BOND CONDITIONS**

Defendants Debbie Ramcharan and Angela Armstrong were found guilty by a jury on

June 16, 2007. This court modifies the bond conditions as follows:

Additional $5000.00 cash deposit must be made

Electronic monitoring with GPS

Personal contact to be increased to once per week

Phone contact to be increased to three times per week

No travel outside of Harris County is allowed

SIGNED on June 18, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA            §
                                    §
            Government,             §
                                    §
VS.                                 §     CRIMINAL  NO. H-05-337
                                    §
ANGELA ARMSTRONG, *et al.,*         §
                                    §
            Defendants.             §

## ORDER ON MODIFICATION
## OF BOND CONDITIONS

Defendants Debbie Ramcharan and Angela Armstrong were found guilty by a jury on

June 16, 2007. This court modifies the bond conditions as follows:

Additional $5000.00 cash deposit must be made

Electronic monitoring with GPS

Personal contact to be increased to once per week

Phone contact to be increased to three times per week

No travel outside of Harris County is allowed

SIGNED on June 18, 2007, at Houston, Texas.

_____
                Lee H. Rosenthal
                United States District Judge