IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-05-337-1 |
| | § | |
| ANGELA ARMSTRONG, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Counsel for defendant Angela Armstrong has filed a motion to withdraw as counsel of record. The defendant also requested a notice of appeal be filed by the clerk at the time of sentencing. The motion to withdraw is granted. The magistrate judge will appoint counsel to represent the defendant for appeal purposes.

SIGNED on May 27, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge